UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TAMMY WALLACE, INDIVIDUALLY, | * | CIVIL ACTION NO. 09-4202 |
| AND AS THE LEGAL REPRESENTATIVE OF | * | |
| WILLIE DANIEL WALLACE, ET AL | * | |
| | * | SECTION: I |
| Plaintiffs | * | |
| | * | MAGISTRATE: |
| Versus | * | |
| | * | |
| CHEVRON USA, INC., f/n/a TEXACO, INC. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' PUTATIVE CERTIFIED INDUSTRIAL HYGIENIST JOHN SPENCER

Plaintiffs, Richard Sanderson, et al, through undersigned counsel, respectfully submit **Motion to Exclude Testimony of Defendants' Putative Certified Industrial Hygienist John Spencer** for the reasons' more fully set forth in the accompanying memorandum in support.

Respectfully Submitted:

*s/ Amber E. Cisney*
Richard J. Fernandez (La. Bar No. 5532)
Amber Cisney (La. Bar No. 28821)
**Richard J. Fernandez, LLC**
3000 West Esplanade Avenue, Suite 200
Metairie, Louisiana 70002
Telephone:   (504) 834-8500
Facsimile:    (504) 834-1511
E-mail:        rick@rjfernandez.com
                   amber @rjfernandezlaw.com

and

L. Eric Williams, Jr. (La. Bar No. 26773)
**Williams Law Office, LLC**
3000 W. Esplanade Ave., Ste. 200
Metairie, Louisiana  70002

Telephone: (504) 832-9898
Facsimile: (504) 834-1511
E-mail: eric@amlbenzene.net
**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been served upon all known counsel of record, via electronic filing on this 15th day of November, 2010.

s/ Amber E. Cisney
Amber E. Cisney