UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMMY WALLACE, ET AL. | CIVIL ACTION NO. 09-4202 |
| VERSUS | SECTION: I |
| CHEVRON U.S.A. INC. F/K/A | MAGISTRATE: 2 |

## *EX PARTE* MOTION FOR LEAVE TO SUPPLEMENT THE RECORD WITH NOTARIZED AFFIDAVIT OF JOHN SPENCER

Chevron U.S.A. Inc. and Texaco Inc. ("Defendants") submit this *Ex Parte* motion for leave to supplement the record with the notarized affidavit of John Spencer, for the reasons set forth in the accompanying Memorandum in Support.

WHEREFORE, Defendants request that this Court grant their *ex parte* motion for leave to supplement the record with the notarized Affidavit of John Spencer.

2166299

1

Respectfully submitted,

*/s/ Allison N. Benoit*
Gary A. Bezet, Trial Attorney (#3036)
Gayla M. Moncla (#19713)
Barrye Panepinto Miyagi (#21794)
Robert E. Dille (#23037)
Gregory M. Anding (#23622)
Janice M. Culotta (#23460)
Carol L. Galloway (#16930)
Allison N. Benoit (#29087)
Vionne M. Douglas (#31447)
KEAN, MILLER, HAWTHORNE,
D'ARMOND, McCOWAN & JARMAN, LLP
Post Office Box 3513
Baton Rouge, LA  70821
Telephone: (225) 387-0999

**Counsel for Chevron U.S.A. Inc.
and Texaco Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Allison N. Benoit*_____
***Counsel for Chevron U.S.A. Inc.
and Texaco Inc.***
Allison.benoit@keanmiller.com

2

2166299